UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PENG XIANG LI,

    Defendant.
_____/

No. CR 08-0461 PJH

**ORDER FOR MENTAL EXAMINATION**

Counsel for defendant having moved pursuant to 18 U.S.C. § 4241(a) for an examination of defendant to determine his competency to understand the nature and consequences of the proceedings and/or to properly assist in his defense, and the court having found that the motion is made in good faith and based on grounds for believing the defendant may be incompetent, the court ORDERS pursuant to 18 U.S.C. § 4241(b) that a mental examination of defendant, who is in the pretrial custody of the United States Marshal, be conducted to determine defendant's competence to stand trial and to assist in his defense.  *See United States v. Bradshaw*, 690 F.2d 704, 712 (9th Cir. 1982).  Pursuant to 18 U.S.C. § 4247(b), defendant is committed to the custody of the Attorney General for placement in a suitable facility for the examination, such custody not to exceed thirty (30) days.  The director of the facility may apply for an extension of time, not to exceed fifteen (15) days, upon a showing of good cause that the additional time is needed to observe and

evaluate defendant. The court requests that the Pretrial Services Office and the United States Attorney's Office endeavor to locate a local placement if possible.

A report shall be prepared in accordance with 18 United States Code § 4247(c) and submitted to the court within seven (7) days of defendant's release from the facility.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: United States Attorney's Office, Oakland
Pretrial Services Office, Oakland

**United States District Court**
For the Northern District of California