UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>PENG XIANG LI,<br>            Defendant. | Case No. 08-cr-00461-PJH-12<br><br>**ORDER DENYING MOTION TO STAY**<br>Re: Dkt. No. 820 |

Before the court is the motion of defendant Peng Xiang Li, appearing pro se, to stay or issue an injunction "pending appeal under Rule 62(d) and 8(a)" asking the court to vacate the judgment entered against him "based on the Government default to answer a Judicial process or mandate to stablished [sic] Equity opportunity [sic] of Getting relief to avoid Irreparable injury unless the relief is granted." Doc. no. 820. This motion appears to refer to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a), which govern stays on appeal in civil cases and are not applicable here. Furthermore, Li has previously appealed from the judgment, which was affirmed by the Ninth Circuit, by mandate issued on April 22, 2013. The docket also reflects that Li's petition for a writ of certiorari was denied by the Supreme Court on October 7, 2013. As no appeal is pending, the motion to stay is construed as a motion for reduction of sentence, similar to the pro se motion that Li has previously filed for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(b)(1), as amended by Amendment 782. *See* doc. nos. 813, 816.

On March 1, 2015, the Office of the Federal Public Defender ("FPD") filed a notice of non-intervention, stating that it would not seek appointment or leave to intervene in Li's § 3582(c)(2) motion. Doc. no. 815. The FPD also stated that it would not comment on the filings that were anticipated to be filed by the Probation Office and the United States Attorney's Office. The court anticipates that the Probation Office will submit a sentence reduction investigation report for Li, in light of Amendment 782, as indicated in the FPD's notice of non-intervention. After the court has reviewed the report prepared by the Probation Office, it will issue a ruling on Li's § 3582(c)(2) motion in due course. Accordingly, the motion to stay or for an injunction pending appeal, which is construed as a motion to reduce sentence, is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge